**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRUCE DOUCETTE,

     Plaintiff,

                                     CASE NO.:  6:18-cv-00607-PGB-KRS

-vs-

REGIONAL ACCEPTANCE
CORPORATION,

     Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

     Plaintiff, Bruce Doucette, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                    */s/ John C. Distasio*
                                    John C. Distasio, Esquire
                                    Florida Bar No.: 096328
                                    Morgan & Morgan, Tampa, P.A.
                                    One Tampa City Center
                                    201 North Franklin Street, 7th Floor
                                    Tampa, Florida 33602
                                    Telephone: (813) 223-5505
                                    Facsimile:  (813) 257-0571
                                    JDistasio@ForThePeople.com
                                    Cheyennereed@ForThePeople.com
                                    *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2018, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the

following by operation of the Court's Electronic Filing System: John S. Gibbs III, TROUTMAN

SANDERS LLP, 600 Peachtree Street NE, Atlanta, Georgia 30308,

(evan.gibbs@troutman.com).

<u>*/s/ John C. Distasio*</u>
John C. Distasio, Esquire
Florida Bar No.: 096328