UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE DOUCETTE,

    Plaintiff,

v.                                  Civil Action No.: 6:18-cv-00607-PGB-KRS

REGIONAL ACCEPTANCE
CORPORATION,

    Defendant.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COME now Plaintiff, BRUCE DOUCETTE and Defendant, REGIONAL ACCEPTANCE CORPORATION, by and through their respective counsel, in the above-titled action and represent to the Court that this matter regarding Plaintiff's claims against Defendant has been settled amicably, and that they request entry of a Final Order of Dismissal with Prejudice in the matter, with each party to bear its own costs and attorneys' fees except as provided in the parties' Agreement of Settlement and Release.

Dated:    December 12, 2018                Respectfully submitted,

| BRUCE DOUCETTE | REGIONAL ACCEPTANCE CORPORATION |
|---|---|
| */s/ John C. Distasio* | By:  */s/ John S. Gibbs III* |
| John C. Distasio, Esquire | John S. Gibbs III |
| Florida Bar No.: 096328 | Florida Bar No. 91102 |
| Morgan & Morgan, Tampa, P.A. | TROUTMAN SANDERS LLP |
| One Tampa City Center | 600 Peachtree Street NE |
| 201 North Franklin Street, 7th Floor | Atlanta, Georgia 30308 |
| Tampa, FL 33602 | Telephone: (404) 885-3093 |
| Telephone: (813) 223-5505 | Facsimile: (404) 885-3900 |
| Facsimile:  (813) 223-5402 | E-mail: evan.gibbs@troutman.com |
| JDistasio@ForThePeople.com | |

37199637

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

                                        /s/ John C. Distasio
                                        John C. Distasio, Esquire
                                        Florida Bar No.: 096328

37199637