**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRUCE DOUCETTE,

        Plaintiff,

v.                                                     Case No:  6:18-cv-607-Orl-40KRS

REGIONAL ACCEPTANCE
CORPORATION,

        Defendant.
_____/

**ORDER**

    This cause is before the court following review of the Joint Stipulation for Voluntary Dismissal with Prejudice, in which the parties stipulate to the dismissal of the above-captioned action in its entirety. (Doc. 22). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1278, 1279 (11th Cir. 2012).  Accordingly, the Clerk is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on December 13, 2018.

                                                            PAUL G. BYRON
                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties